AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California (Western Division)__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:18-cv-01802 | DATE FILED<br>3/2/2018 | U.S. DISTRICT COURT<br>Central District of California (Western Division) |
|---|---|---|
| PLAINTIFF<br>CREE, INC., a North Carolina Corporation, | | DEFENDANT<br>FASTBUY, INC., a New Jersey Corporation; SHUAI CHEN, an Individual; US ELOGISTICS SERVICE CORP., a New Jersey Corporation; et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,440,530 | 4/3/2001 | Cree, Inc. |
| 2 | 3,935,629 | 3/22/2011 | Cree, Inc. |
| 3 | 3,935,628 | 3/22/2011 | Cree, Inc. |
| 4 | 2,452,761 | 5/22/2001 | Cree, Inc. |
| 5 | 3,935,631 | 3/22/2011 | Cree, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

The Court, having been advised by the Plaintiff that this action has been settled by a Notice of Settlement [48], here by orders this action dismissed without prejudice.

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>Shea Bourgeois | DATE<br>7/19/2018 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

# REPORT ON THE FILING OF AN ACTION REGARDING A TRADEMARK

## CDCA Case No.: 2:18-cv-01802

### [AO 120 - SUPPLEMENT]

| TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|
| 4,233,855 | 10/30/2012 | Cree, Inc. |
| 3,998,142 | 7/19/2011 | Cree, Inc. |
| 3,360,315 | 12/25/2007 | Cree, Inc. |
| 4,558,924 | 7/1/2014 | Cree, Inc. |
| 5,294,417 | 9/26/2017 | Cree, Inc. |